# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                   )
                                 )

ManTech Advanced Systems International, Inc. )   ASBCA No. 61740
                                 )

Under Contract No. N00178-04-D-4080    )

| APPEARANCES FOR THE APPELLANT: | Nicole J. Owren-Wiest, Esq. |
| | Skye Mathieson, Esq. |
| | Crowell & Moring, LLP |
| | Washington, DC |
| | |
| APPEARANCES FOR THE GOVERNMENT: | Craig D. Jensen, Esq. |
| | Navy Chief Trial Attorney |
| | Debra E. Rubin, Esq. |
| | Associate Counsel |
| | Naval Surface Warfare Center |
| | Carderock Division |

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

By correspondence dated September 14, 2018, appellant rescinded and withdrew its claim which forms the basis for this appeal. Appellant has moved to dismiss the appeal as moot and the government does not object. When a claim is unequivocally rescinded, the action moots the appeal, leaving the Board without jurisdiction to entertain the appeal further. *Combat Support Associates,* ASBCA Nos. 58945, 58946, 16-1 BCA ¶ 36,288 at 176,973; *Management Resource Associates, Inc.,* ASBCA No. 49620, 96-2 BCA ¶ 28,588 at 142,736. Accordingly, the appeal is dismissed as moot.

Dated: October 1, 2018

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61740, Appeal of ManTechAdvanced Systems International, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2